CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com
Attorneys for Plaintiffs

*GRANTED — Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONCORD HOTEL, LLC., et al.,<br><br>    Defendants. | CASE NO. 3:11-cv-00742-MEJ<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL WITH PREJUDICE** |

**TO THE CLERK OF THE COURT**

Plaintiffs hereby request that this entire matter be dismissed, with prejudice.

Dated: June 16, 2011                   Respectfully Submitted,
                                       LEONARD CARDER LLP

                                       By: _____
                                           Phil A Thomas
                                           Attorneys for Plaintiffs